# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Pennswood Manor Real Estate        :
Associates, LLC,                   :
                      Appellant    :
                                   :
           v.                      :
                                   :
Zoning Hearing Board of the        :
City of Scranton                   :        No. 896 C.D. 2014

## **O R D E R**

NOW, November 10, 2015, having considered appellant's application for reargument, the application is denied.

_____

DAN PELLEGRINI, President Judge
